Electronically Filed
Intermediate Court of Appeals
CAAP-14-0000378
29-DEC-2016
01:29 PM

NO. CAAP-14-0000378

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee,
v.
MICHAEL ROBERT LAWRENCE, Defendant-Appellant
and
DIRECTOR OF HEALTH, DEPARTMENT OF HEALTH,
STATE OF HAWAI'I, Party-in-Interest-Appellee.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CR. NO. 99-0-0675)

ORDER OF CORRECTION
(By: Nakamura, Chief Judge, for the court[1])

The Opinion of the court, filed on November 30, 2016, is hereby corrected as follows:

1.    On page 5, in the fourth line of the first paragraph under section "II.", the word "Correction" should be replaced with "Correctional" so that as corrected, the text reads: ". . . at the Halawa Correctional Facility (Halawa)."

2.    On page 6, in the first line, the word "State's" should be replaced with "Director's" so that as corrected, the text reads: " . . . granting the Director's motion on . . . ."

3.    On page 6, in the second line of the second paragraph under section "B.", the word "State's" should be replaced with "Director's" so that as corrected, the text reads: " . . . granting the Director's motion, . . . ."

---

[1] Nakamura, Chief Judge, and Foley and Leonard, JJ.

4. On page 15, in the seventeenth line, the section heading between the first and second paragraphs should be changed from "C." to "B."

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawai'i, December 29, 2016.

FOR THE COURT:

*Craig H. Nakamura*

Chief Judge